**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| **INTERACTIVE CONTENT ENGINES, LLC** | § § § | **Case No. 8:22-cv-01949-KKM-AEP** |
| **v.** | § § § | |
| **RUMBLE USA INC., and RUMBLE, INC.** | § § § § | |

**Declaration of Dr. Mahdi Eslamimehr Re Plaintiff's Motion to Compel**

1

**Table of Contents**

I. Retention, Qualifications And Compensation    3

II. Scope Of Engagement    5

III. Background    7

IV. The Sturm Documents and the detailed description of the Rumble CDN system as set forth in Rumble's Non-Infringement Contentions correctly and fully describe the Rumble CDN system    11

V. None of the In Camera Documents contradict what is in the Sturm Documents and Rumble's Non-Infringement Contentions, and the In Camera Documents are irrelevant to whether the Rumble CDN system does or does not infringe Claim 1 of either ICE patent.    12

VI. The Sturm Documents and Rumble's Non-Infringement Contentions provide detailed information that would allow a person of ordinary skill in the art to determine if there is or is not an infringement of Claim 1 of either ICE Patent.    16

VII. It is not surprising to me that Rumble did not have the technical documentation that I requested in November 2022    18

**Appendix 1: CV of Mahdi Eslamimehr**

## I.        RETENTION, QUALIFICATIONS AND COMPENSATION

1.  I, Mahdi Eslamimehr, have been retained by Rumble USA, Inc. and Rumble, Inc. (hereinafter "Rumble") to perform analysis, make findings, and render opinions relating to the scope of work set forth below.

2.  The following is a brief summary of my relevant qualifications and professional experience based on my education, training, and experience. My areas of expertise include broadband systems and software, broadband services and connection, enterprise real-time and concurrent solutions, and computer network software and applications.

3.  I have a Master of Science in Computer Science from Linköping University, Sweden, and a Doctor of Philosophy in Computer Science from UCLA. I have received an MBA from the London School of Economics and Political Science. I have also received management and leadership certificates from Harvard Business School. I am currently an adjunct faculty at the University of Southern California, Department of Computer Science. I have lectured at UCLA and was an adjunct faculty at California State Polytechnic. I was a postdoctoral scholar at UCLA and SAP Labs, where I conducted research and analysis into complex and large-scale software systems. In addition, I have published many articles in top conferences and academic journals, given numerous presentations concerning Software/Hardware Analysis, and won the Best Paper award from IEEE

International Symposium on Software Reliability Engineering (ISSRE) software
conference sponsored and hosted by the National Institute of Standards and
Technology (NIST). Since September 2022, I have held the position of Vice
President of Technology Due Diligence at Quandary Peak Research in Los
Angeles, California.  I also worked as a software engineer for over twenty years. I
have many years of experience designing, implementing, and operating large-
scale and real-time concurrent systems with over 100 million subscribers. I served
as the Chief Technology and Operating Officer for Clarity Global in Sydney,
Australia, where I designed and developed enterprise Operation Support Systems
(OSS) and Business Support Systems (BSS) as holistic infrastructure and
broadband management solutions.

4. I have been retained as a testifying expert witness and a non-testifying expert
   consultant in over 60 matters, which are identified in Exhibit A.

5. My compensation is in no way dependent on the outcome of this litigation. I have
   been assisted in the preparation of this Declaration by qualified staff; however, I
   am the sole person responsible for the findings and opinions contained in this
   Declaration, which are mine alone.

6. As a software engineer at Samsung Electronics, I was responsible for the analysis,
   design, and implementation of a compiler for a broadband platform in 2010. This
   position required extensive research and development on how storage devices,

network switches, and broadband servers should be configured and work together. In my positions as the CTO and COO of Clarity Global, I managed the development, production, distribution, and operations of large-scale software solutions for various infrastructure companies, and data centers serving over 100 million subscribers. This position required vast knowledge about network management standards and industry best practices, real-time data transmission from/to large data storage devices and broadband servers.

7.  In formulating my opinions, I have relied upon my training, knowledge, and experience in the relevant art. In my previous and relevant patent cases, I was retained by Broadband iTV, Inc., and served as an expert witness in a patent infringement case against Comcast Corporation, Comcast Cable Communications, LLC, NBC Universal Media, LLC, Charter Communications, Inc., Charter Communications Holding Company, LLC, Spectrum Management Holding Company, LLC, Altice USA, Inc., CSC Holdings, LLC, Cablevision Systems Corp.

## II.    SCOPE OF ENGAGEMENT

8.  I was retained in this matter primarily to opine on the issues of the alleged infringement and validity of the patents asserted by Plaintiff Interactive Content Engines, LLC ("ICE") in this case, including U.S. Patent No. 7,437,472 B2 ("the '472 Patent"), entitled "Interactive Broadband Server System" which was issued on October 14, 2008 from a provisional application filed November 28, 2001, and

U.S. Patent No. 7,644,136 B2 ("the '136 Patent"), entitled "Virtual File System"

which was issued on January 5, 2010 from provisional applications filed on

December 2, 2003 and November 28, 2001. I refer to the '472 and the '136 Patents

collectively as the "ICE patents."

9. More recently, I have been asked to review certain Rumble documents identified

below, which I am informed ICE counsel intends to present five of them to the

Court for in camera inspection (the "In Camera Documents") and opine on the

following issues:

    a. whether the "Sturm Documents" identified below and the detailed

        description of the Rumble CDN system as set forth in Rumble's

        Preliminary Non-Infringement Contentions (that I am informed were

        served on ICE's counsel) correctly describe the Rumble CDN system;

    b. whether the Sturm Documents and Rumble's Non-Infringement

        Contentions contain sufficient detailed information to allow a person of

        ordinary skill in the art to determine if there is or is not an infringement of

        Claim 1 of either of the ICE Patents;

    c. whether any of the In Camera Documents identified below contradicts the

        technical description of the Rumble CDN system in the Sturm Documents

        or Rumble's Non-Infringement Contentions; and

6

    d.   whether any of the In Camera documents are relevant to the issue of

        infringement of Claim 1 of either of the ICE patents.

## III.   Background

10. I was retained by Rumble in the fall of 2022.  Shortly after I was engaged in this

matter, I sent an email to counsel for Rumble containing a "Request for Rumble's

technical documents." A copy of that email is reproduced below. Shortly

thereafter, I was informed by counsel that he had been advised by Rumble that

none of the documents I requested existed, although Rumble expected in the

future to create some documents that might contain some of the information I

requested.

---

**Request for Rumble's technical documentations**

Mahdi Eslamimehr <mahdi@quandarypeak.com>                    Wed, Nov 16, 2022 at 9:12 PM
To: "Dickerson, Robert W." <RDickerson@bwslaw.com>, "Jansen, Allan W." <AJansen@bwslaw.com>, Ray Chiang
<ray@quandarypeak.com>, Isaac Pflaum <isaac@quandarypeak.com>

Rob and Allan,
Here is the list of technical documents and materials we request to be produced by Rumble:

- Software Architecture and modules/component interconnections
- Data flow and control flow diagrams
- Class/usecase/sequence diagrams
- Database Entity-Relation (ER) diagrams
- DB architecture (Zones, silos, data lakes, backups)
- Netwrok topology
- Infrastructure architecture
- CDN architecture and topology and solution partner
- Cloud containers
- Cloud solution provider
- Content Distrubution
- Video Streaming technologies
- Video live streaming technologies and solution provider
- Caching servers
- List of hosting environments (data centers) and cloud technologies
- Content (video/Audio) encoding and transmission
- Encoding solution partner
- EPG Ingestion
- File/content transfer platforms
- Content Encyprtion Technologies and solution partner
- API Specification

Thank you;



**Mahdi Eslamimehr, PhD, MBA**

VP of Emerging Tech & Due Diligence

Office: 323-545 0160

mahdi@quandarypeak.com



**Figure 1: November 16, 2022 Request for Rumble technical documents**

11. Thereafter, in order to obtain an understanding of how the Rumble CDN system

functions relevant to the issue of infringement or non-infringement of Claim 1 of

the ICE Patents, there were a series of Zoom meetings that included me, members

of my team, Rumble's CTO and counsel.  Based upon the information obtained in those Zoom meetings, and my expertise and experience in this technology (and that of my team), we worked with Rumble's CTO and counsel to prepare the portion of Rumble's Preliminary Non-Infringement Contentions that describes in detail how the system works.  I advised counsel at that time that the description of the Rumble system was true and correct to the best of my knowledge based on our Zoom meetings with the Rumble CTO and my (and my team's) experience and expertise in this type of technology.

12. Subsequently, I was informed by Rumble's counsel that Mr. Walter Sturm, Rumble's CDN Architect who had been hired by Rumble in 2023, had created documents that provided some information regarding Rumble's CDN system (the "Sturm Documents").  I was provided a copy of the Sturm Documents.  I am informed that these documents have also been provided to ICE's counsel:

    a.  Bates No. 000736 ("CDN v2.02 PoC Lab Den")

    b.  RumbleCanadaProd. #000738 (AEO) ("CDN v2.0 Physical/Logical Architecture")

    c.  RumbleCanadaProd. #000739 (AEO).pdf ("CDN v2.03 Production Architecture (Phase 2)")

    d.  RumbleCanadaProd. #000740 (AEO) ("CDN v2.04 Production Site Architecture")

    e.  DCN v2.04 (Draft 10-9-2023).png ("CDN v2.04 Production Site

        Architecture")

    f.   CDN NA Map (draft 10-9-2023).png ("CDN NA Map")

13.  I was asked to determine if the Sturm Documents were in any way inconsistent

    with the description of the Rumble CDN system set forth in Rumbles Non-

    Infringement Contentions.

14.  I have been provided with a copy of the following In Camera Documents:

    a.  ICE_000048817 (Rack Diagrams)

    b.  Data Center Project link (ICE_00048167)

    c.  Master Asset Listings (Native)(ICE_000048162)(Pop Server - SAT tab)

    d.  Rumble job Posts (ICE_000048779)

    e.  "Preso" document, Core Network Preso (ICE_06163-6185)

    f.  Email dated November 22, 2022

    g.  Attachment entitled "Core and DCI Network 110922.pptx"

15. I have been asked by counsel to review the In Camera Documents listed above to

    determine if any of them is inconsistent with the description of Rumble's CDN

    system as described in Rumble's Non-Infringement Contentions and the Sturm

    Documents.

16. I was also asked for my opinion regarding the fact that Rumble did not have the
technical documents I requested, and whether that is unusual or "surprising" in
my experience.  I discuss this and offer my opinion on this issue in **Section VII** of
this declaration.

IV.    **The Sturm Documents and the detailed description of the Rumble CDN
system as set forth in Rumble's Non-Infringement Contentions correctly and
fully describe the Rumble CDN system**

17. After being provided with the Sturm Documents, I participated in a Zoom
meeting with Mr. Sturm and counsel to discuss them.   I was then asked by
counsel to review again the portion of Rumble's Non-Infringement Contentions
that describes the Rumble CDN system and to make any revisions that I deemed
necessary in light of the Sturm Documents and my discussion with Mr. Sturm.  I
did so and made very minor revisions for clarity.  It is my understanding that a
copy of the document with my redlined revisions was provided to ICE's counsel.

18. As explained in Rumble's Non-Infringement Contentions, multiple entire and
complete copies of each original video uploaded by a Content Creator are re-
encoded into mp4 files of various resolution/quality formats and accessed and
cached at various locations. The Sturm Documents demonstrate the network
connection of the CDN, both physical and logical, which supports this
functionality at a network level.   There is nothing in the Sturm Documents that is

11

inconsistent with the detailed description of the Rumble CDN system as set forth in the Rumble Non-Infringement Contentions.

**V. None of the In Camera Documents contradict what is in the Sturm Documents and Rumble's Non-Infringement Contentions, and the In Camera Documents are irrelevant to whether the Rumble CDN system does or does not infringe Claim 1 of either of the ICE Patents.**

19. The document ICE_000048817 ("Rack Diagrams") contains rack diagrams that appear to describe a Rumble data center at some point in time. The document appears to have been prepared for datacenter maintenance and management purposes. Although CDN rack server units are identified, the document only shows the positions in the rack spaces and does not describe how the CDN or Storage nodes operate. This document appears to have been intended to inform the planning process for the expansion of Rumble capabilities through the placement of additional servers in racks because it provides information that would be useful to the datacenter team for this purpose, including the power and bandwidth available in particular physical server racks. The document does not provide any details regarding the functionality of these servers or any specific plans regarding the installation of specific servers, including CDN servers.

20. The document "Data Center Project link" (ICE_00048167) appears to be part of a plan to expand Rumble datacenter operations in a metropolitan area. The document references CEPH servers, which is consistent with Rumble's Non-

Infringement Contentions. In this document, the CEPH storage is referred to as

the Storinator server. My understanding is that this is a reference to the backend

S3 general storage servers utilized by Rumble, and it is not specific to its CDN.

No other technical detail about how Rumble stores or caches video content in

storage or CDN components of the Rumble system is included in this document.

The document does not provide any details that were not already disclosed in

Rumble's Non-Infringement Contentions.   In particular, the description of the

Rumble CDN system in the Non-Infringement Contentions specifically refers to

CEPH devices and their function.

21. The document "Master Asset Listings (Native)" (ICE_000048162)(Pop Server -

SAT tab) contains a list of server hardware inventory that appears to have been

present in a Rumble datacenter at some point in 2022. The document provides

some indication of the roles of the listed servers, including storage nodes,

encoding servers, corporate network, and CDN servers, but does not include

information on the functionality implemented on these servers that is relevant to

the patent claims asserted in this case. For example, the document does not

describe in any way how video files are stored in the storage unit or how CDN

caches the files.

22. The document, Rumble job Posts (ICE_000048779), contains a series of job posts

for positions at Rumble, including Database Architect, Datacenter Architect, and

Technical Writer. These positions are not related to CDN or storage systems, and only the "Data Center Architect" position is even tangentially related to the asserted claims in this case. The description of this position makes clear that the role advertised is responsible for installing and maintaining physical servers (in the server racks) in a datacenter, but the role has nothing to do with the underlying functionality of Rumble's system, specifically how video files are uploaded, encoded, stored, cached or delivered to customer. Instead, this position relates to the day-to-day tasks required to run a datacenter, such as tracking power and HVAC limits, that are generally applicable to such a role and does not specify any required knowledge relating to how the video files are stored or cached in the storage or CDN servers. In other words, the most relevant position described in these job postings is not specific to Rumble's system or functionality and does not speak to the patent claims asserted in this case.

23. The Core Network Preso documents (ICE_000006164 - ICE_000006185) include a presentation on the topic "Core and DCI Network." DCI means Data Center Interconnect network. The presentation is about the underlying technology and implementation Rumble may in the future apply to improve the connectivities between their Data server groups, and how the internal Virtual PC/IP routing implementation can better route the network traffic with an efficient and optimized path.

24. The "Preso" document also contains a cover email with the subject "Re: Updated
invitation: Network and CDN Planning,"  The attached presentation entitled
"Core and DCI Network 110922.pptx" is a presentation that relates to planned
and proposed expansion and improvements to Rumble datacenters.  In particular,
the presentation describes aspects of Rumble's actual and planned/proposed
datacenter network architectures, routing protocols, comparison, and
optimizations, however, the presentation does not provide any information
relating to Rumble's CDN or Storage technologies, how video files are stored, or
any other functionality that is relevant to the patent claims asserted by Plaintiff.

25. The Data Center Interconnect (DCI) technology that is the focus of the
presentation contained in the Preso document applies to the internal data servers
operated by Rumble (not the servers used for delivery of video content, per se)
and is irrelevant to understanding how the CDN technology used by Rumble
functions and whether it does or does not infringe Claim 1 of either ICE Patent.

26. In summary regarding the Preso document, I find that it is irrelevant in terms of
determining whether or not the Rumble system practices the claimed inventions
at issue in this case; and that it does not contradict the Sturm Documents or
Rumble's Non-Infringement Contentions.

27. I have also discussed each of the In Camera Documents with Rumble's CTO,

which confirmed that my understanding of the documents as set forth above is

correct.

**VI.    The Sturm Documents and Rumble's Non-Infringement Contentions provide
detailed information that would allow a person of ordinary skill in the art to
determine if there is or is not an infringement of Claim 1 of either ICE Patent.**

28. As noted above, the Sturm documents are not inconsistent with the description of

Rumble's system previously set forth in Rumble's Non-Infringement Contentions.

29. As described in Rumble's Non-Infringement Contentions, it is my opinion that

because the Rumble CDN system does not segregate the video into "chunks" and

"sub-chunks" and does not store the chunks and sub-chunks in separate storage

devices to be reassembled upon demand, there is no infringement, among other

reasons set forth in the Non-Infringement Contentions.

30. Rumble's Non-Infringement Contentions address these issues directly and clearly,

for example.

> The Content Delivery Network (CDN) is comprised of several servers
> ("CDN nodes") and storage appliances. There are several Rumble
> Canada CDN nodes dispersed at geographically diverse locations.
> Each Rumble Canada CDN node includes (a) an on-server cache, and
> (b) local or remote storage appliances.
>
> and
>
> The Rumble Canada and third-party storage appliances that store each
> video are designed to store: (a) an entire and complete copy of each
> [video, and] . . . [t]he CDN node contacted by the Rumble Canada video

16

player responds . . . with a complete copy of the requested video retrieved from (a) an on-sever local cache, or (b) a local or remote storage appliance.

31. As clearly stated in Rumble's Non-Infringement Contentions that I and my team drafted with counsel and Rumble's CTO, this approach to storage is not the same as the claimed approach described in the ICE Patents because the patent claims asserted by Plaintiff require a server infrastructure that includes a backbone switch connected to multiple storage servers that splits files into chunks and sub-chunks that are stored on separate servers, which is materially different from the technology of the Rumble system.

32. Moreover, the set forth in Claim 1 of each ICE Patent requires that the system answer a customer request for a video file by gathering and recombining the chunks of the video from the several servers those chunks are stored on, which is a completely different role and function than is performed by the CDN nodes or storage appliances utilized in the Rumble system.

33. In conclusion, Rumble's Non-Infringement Contentions (even without the Sturm Documents) provide more than sufficient information to determine whether the Rumble system infringes the patent claims asserted by Plaintiff. The Strum documents confirm and do not contradict Rumble's Non-Infringement Contentions.

17

**VII.**    **It is not surprising to me that Rumble did not have the technical
documentation that I requested in November 2022.**

34. Software documentation is an important yet often overlooked component in the
tech industry, especially among young companies. It serves as a roadmap,
guiding both developers and users through complex software functionalities. In
this section, I explain why young and small tech companies like Rumble
frequently neglect software documentation.

35. Software documentation plays a notable role in the development and utilization
of software products. It encompasses various forms, each serving a unique
purpose. User documentation, for example, is akin to a user manual that helps
end-users navigate and efficiently utilize the software. It is the guiding light for
users, clarifying functionalities and providing instructions for effective use. On
the other hand, technical documentation is comparable to an architect's blueprint.
It lays out the intricate details of the software's construction, its underlying
architecture, and the code that brings it to life. This type of documentation is
indispensable for developers and technical teams, as it aids in understanding the
software's inner workings and ensures consistency in development practices.
Operational documentation, similar to a machine's operating manual, is crucial
for the ongoing maintenance and troubleshooting of the software. It provides a
reference point for maintaining the software's performance and effectiveness over
time. Collectively, these elements of documentation not only enhance the

usability of the software but also ensure its longevity and adaptability, much like
a well-documented and meticulously maintained machine.

36. In the dynamic and fast-paced environment of companies like Rumble, however,
the creation and maintenance of comprehensive software and system
documentation often take a back seat to more immediate objectives. This scenario
is analogous to a chef in a busy kitchen, who must prioritize quickly serving
meals over documenting recipes. For startups like Rumble, the primary driver is
to bring a product to market as swiftly as possible, establish a foothold, and
respond to competitive pressures. In this race against time, thorough
documentation can be seen as a secondary or no concern, something that can be
developed or refined later. This mindset stems from the need to demonstrate
product viability and attract investors or customers, where the speed of
development and deployment often trumps the completeness of documentation.
Moreover, the iterative and incremental approach of agile development,
commonly adopted by startups for its flexibility and speed, can further de-
prioritize documentation. Agile methodologies focus on adaptive planning and
rapid delivery, where changes are expected and embraced. In such an
environment, the effort put into maintaining up-to-date documentation for every
iteration can seem excessive or redundant, thus leading to a more ad-hoc
approach to documentation.  Based upon my discussions with Rumble's CTO, it is

clear that this was the situation at Rumble, and was why it did not have the documents I had requested.

37. The issue of insufficient documentation in companies like Rumble has been a topic of frequent discussion within academic circles[1,2,3]. This issue is also exacerbated by resource constraints. Young technology companies like Rumble, especially in their early stages, often operate with limited staff and budget, drawing a parallel to a small crew on a ship navigating through uncharted waters. The primary focus in such scenarios is to address immediate challenges – developing the product, securing funding, and capturing market interest. In this context, the meticulous creation of comprehensive documentation may appear less urgent. Additionally, the inherent nature of startups, characterized by rapid evolution and frequent pivots, complicates the documentation process. As these young companies adapt to market feedback and technological advancements, their software features and functionalities may change frequently. Documenting these evolving aspects can seem like an attempt to map a constantly shifting

[1] Souza, R., Malta, K., Silva, R., Masiero, P., Almeida, E., & Machado, I. (2019, October). A Case Study about Startups' Software Development Practices: A Preliminary Result. In *Proceedings of the XVIII Brazilian Symposium on Software Quality* (pp. 198-203).

[2] Gralha, C., Damian, D., Wasserman, A. I., Goulão, M., & Araújo, J. (2018, May). The evolution of requirements practices in software startups. In *Proceedings of the 40th International Conference on Software Engineering* (pp. 823-833).

[3] Gupta, V., Fernandez-Crehuet, J. M., Hanne, T., & Telesko, R. (2020). Requirements engineering in software startups: A systematic mapping study. *Applied Sciences*, *10*(17), 6125.

20

landscape, where the effort to keep documentation concurrent with development

can be overwhelming and seemingly less productive.

38. In conclusion, while the lack of thorough software documentation in Rumble is a

recognized issue, it is both a normal and expected phenomenon, given the context

in which these companies operate. The prioritization of rapid product

development, the constraints of limited resources and staff, and the fluidity of the

startup environment contribute to this trend. Understanding these factors helps

contextualize why documentation often takes a lower priority in Rumble's current

stage.

I declare under the penalty of perjury that the foregoing is true and correct to the

best of my knowledge, information, and belief.

Executed this 25th day of January 2024 in Los Angeles, California.

_____

Dr. Mahdi Eslamimehr

**Appendix 1: CV of Mahdi Eslamimehr**

# Mahdi Eslamimehr Ph.D., MBA
**Vice President of Litigation**

323-545-0160
<u>mahdi@quandarypeak.com</u>

**Quandary Peak Research**
205 S Broadway, Suite 300
Los Angeles, CA 90012

<u>quandarypeak.com/mahdi</u>

I am an award-winning scientist and senior tech executive with extensive experience in the software product and service industry. I have years of experience working with prominent tech companies around the world. In my current role at Quandary Peak, I serve as a lead expert witness in IT and computer-related litigation, specializing in areas such as patent and intellectual property infringement, breach-of-contract, and software disputes.

Recently, I assembled and led a technical due diligence team while forging trusted client relationships to grow the department. My responsibilities included providing technology and IP consulting to VCs, Fortune 100, and private equity firms in matters of M&A transactions, VC startup investments, acqui-hires and IP matters.

## Education

**Ph.D. in Computer Science**
University of California | Los Angeles, California | Feb 2014

**M.S. in Computer Science**
Linköping University | Linköping, Sweden | Sept 2008

## Degrees & Certifications

- **Strategy Execution** | May 2023
  Harvard Business School, Boston, MA

- **Business Management** | Apr 2022
  Harvard Business School | Boston, MA

- **Leadership Principles** | Dec 2022
  Harvard Business School, Boston, MA

- **Master of Business Administration** (MBA) | Sept 2019
  London School of Economics and Political Science, London, UK

- **Digital Maturity and Transformation Practitioner,** TM Forum | Sept 2018

# Employment

### Vice President of Litigation
Quandary Peak Research | Los Angeles, CA | Dec 2023–Present

– Forging client relations and leading a team of experts in software-related litigation, including patent infringement, trade secret disputes, software malfunctions, breach-of-contract suits, and other matters.

### Vice President of Technical Due Diligence | Sept 2021–Nov 2023
– Leading the technical due diligence department at Quandary Peak Research. My team provides technology and IP consulting to VCs, Fortune 100, and private equity firms in matters of M&A transactions, VC startup investments, acqui-hires and IP matters.

### Director of Software Litigations | July 2021–Sept 2022
– Providing software analysis and expert witness testimony in software-related litigation, including patent infringement, trade secret disputes, software malfunctions, breach-of-contract suits, and other matters.

– Performing forensic investigations of computer systems, including examining digital data, recovering lost and corrupted files, auditing digital records and logs, and analyzing document metadata.

– Investigating software failures to determine the root cause and help clients understand whether and how such failure could have been avoided.

– Applying advanced analytic techniques based on calibrated parametric models for valuation of software products and estimation of software development costs.

## Adjunct Faculty
University of Southern California, Los Angeles | Jan 2024–Present

## Chief Technology & Operating Officer
Clarity Global | Sydney, Australia | Apr 2018–Dec 2020

– Applying creative initiatives to convert board strategies into actionable/measurable KPIs in doubling the company size within two years and increasing overall productivity by 20%.

– Drafting the company's operational strategies and improving agility.

– Overseeing regional HQs' (EMEA, APAC) performance and helping with annual operation planning with 10+ global accounts/projects and 150 staff for more than 500 M subscribers of fix (FTTx) and mobile (2G/3G/4G, Data/IP, Transmission, Voice, IMS, Circuit Switch, Broadband) networks.

– Development and execution of technical roadmap concerning the company's vision and goals.

– Creating three R&D centers in Australia, Bulgaria, and Sri Lanka to escalate innovation and product development.

## Chief Technology Officer
Clarity Global | Sydney, Australia | Jan 2017–Mar 2018
Developing an Operational and Business Support Systems (OSS/BSS). Responsible for:

– Designing and developing intelligent, zer0-touch, autonomous OSS of the future across SDN, NFV, vRAN with OPEN-API for empowering 5G networks (CRM, Business Assurance, Billing, Call/Contact Center).

– Transforming from the legacy monolith and obsolete frameworks to Microservice and Kubernetes Architecture, Angular Front End, Cloud Solutions, AI/ML, and Big Data Analytics.

– Expanding product portfolio from OSS to BOSS (BSS/OSS) full-stack with full-service orchestration from BSS layer to OSS improving business assurance.

- Developing product roadmaps and coaching presales and technical sales teams for demos and marketing materials based on TMForum Standards, e.g., SID, eTOM, and TAM.

### Visiting Research Fellow
Human Advancement Research Community, Y Combinator Research | Los Angeles, CA | Jan 2017–June 2018

- Worked closely with MIT Media Lab, SAP Labs, University of Washington, and University of California Los Angeles to build products and frameworks using innovative and emerging technologies in the context of Computer Simulation, Video Games, Social Systems, Programing Languages, and Compilers.

### Expert Witness and Consultant
Quandary Peak Research | Los Angeles, CA | Aug 2015–July 2016

Responsibilities involved conducting legal research and preparing memoranda, drafting written submissions, witness statements and other procedural documents, evidence gathering, coordinating the work of foreign counsel and experts. Other projects I have worked on as a Junior Associate:

- Providing software analysis and expert witness testimony in software-related litigation, including patent infringement, software malfunctions, breach-of-contract suits, and other matters.

- Applying advanced analytic techniques based on calibrated parametric models for valuation of software products and estimation of software development costs.

- Documenting software systems architecture to identify structural similarities and differences among competing products and services and deducing the origin of software designs and code.

### Visiting Faculty
Computer Science Department, University of California | Los Angeles, CA | June 2014–June 2015

- Conducting software research in the Compiler Lab in testing and formal verification of concurrent, parallel, and web-based programs.

### Postdoctoral Scholar
SAP Labs / Viewpoints Research Institute | July 2014–July 2015

- Developing a new testing environment for JavaScript programs and web applications.

- Implementing a web-based framework to improve human-computer interaction using natural language processing techniques.

- Implementing an automatic behavior-driven testing technique for checking the correctness of web applications with natural language.

- Implemented a new constraint-based declarative programming language for rapid web-based application prototyping.

- Implementing a syntactically and semantically correct program generation tool with Parsing Expression Grammars for JavaScript applications.

### Adjunct Faculty
California State Polytechnic, Pomona | Sept 2013–June 2014

- Teaching graduate and undergraduate courses (Software Engineering and Object-Oriented Design Patterns) in the Computer Science Department.

- Teaching an undergraduate course (Industrial Computation) in the Industrial and Manufacturing Engineering Department.

### Graduate Fellow
Computer Science Department, University of California | Los Angeles, CA | Sept 2008–Feb 2014

- Designed and implemented VICE, a testing tool for memory management and timing analysis of event-driven embedded systems.

- Designing and implementing several testing tools to detect concurrency bugs in large-scale Java programs, including:

  - Racagedon: A tool to detect rare data races in multithreaded Java programs.
  - Sherlock: A tool to detect rare deadlocks in multithreaded Java programs.
  - AtomChase: A tool to detect rare atomicity violations in multithreaded Java programs.

### Graduate Research Intern
CNRS, VERIMAG | Grenoble, France | June 2013–Sept 2013

- Designing and implementing a tool to estimate Worst-Case Execution Time for microcontrollers.–Implementing a task scheduling system for processors with no timing anomaly.

### Graduate Research Intern
Samsung Electronics R&D Center | San Jose, CA | June 2010–Sept 2010

- Designing and implementing a scalable topology language for many-core processors, named Samsung PArallel Real-Time Architecture (SPARTA). SPARTA is a set of tools and a run-time framework that enables superior software performance through dynamic (adaptive) parallelization and system-wide coordination of processing, memory, and I/O resources.

- Designing and implementing Components Configuration Language (CCL) as a subset of SPARTA. SPARTA's CCL is a domain-specific programming language used to rapidly generate source code for a component-based application.

- Analyzing the performance of distributed tasks on many-core architectures for Tilera processors.

### Software Engineer
Ericsson AB R&D | Stockholm, Sweden | Dec 2007–May 2008

- Designing and implementing a model-based testing framework for Ericsson's applications.–Analyzing accuracy and performance of telecommunication testing tools.

### Graduate Research Intern
Conformiq Qtronic | Helsinki, Finland | May 2007–July 2007

- Surveying state-of-art model-based testing tools.

- Developing prototype applications for Conformiq tools.

### Software Intern
United Nations World Food Program | Tehran, Iran | June 2004–Sept 2004

- Designing and implementing an internal communication database.

- Migrating legacy databases to SQL.

## Litigation Consulting

♦ Retained as a testifying expert

♦ Provided a report, declaration, deposition testimony, or trial testimony

1. **Meta Platforms, Inc v. <u>Bright Data Ltd</u>** | Dec 2023–Present
   Jurisdiction: US District Court, Northern California
   Case Number: 23-cv-00077
   Counsel: Proskauer Rose LLP
   Nature of Suit: Breach of Contract

2. ♦**<u>Knox Networks, Inc</u> v. Ryan Tate, Emergent Financial, LLC, and John Does 1-5** | Dec 2023–Present
   Jurisdiction: JAMS Arbitration
   Counsel: BraunHagey & Borden LLP
   Nature of Suit: Copyright, Trade Secret, Breach of Contract

3. **<u>Touchstream Technologies, Inc</u> v. Charter Communications, Inc** | Nov 2023–Present
   Jurisdiction: Eastern District of Texas
   Case Number: 23-cv-00059
   Counsel: Shook, Hardy & Bacon LLP
   Nature of Suit: Patent

4. **<u>Touchstream Technologies, Inc</u> v. Comcast Cable Communications, LLC** | Nov 2023–Present
   Jurisdiction: Eastern District of Texas
   Case Number: 23-cv-00062
   Counsel: Shook, Hardy & Bacon LLP
   Nature of Suit: Patent

5. **<u>Smart Mobile Technologies, LLC</u> v. Samsung Electronics Co. Ltd.** | Oct 2023–Present
   Jurisdiction: Western District of Texas
   Case Number: 6:21-cv-00701
   Counsel: Graves & Shaw LLP
   Nature of Suit: Patent

6. ♦♦ **<u>MIADVG, LLC</u> v. V2Solutions, Inc.** | Sept 2023–Present
   Jurisdiction: American Arbitration Association, Santa Clara, California
   Case Number: 01-23-0000-2561
   Counsel: Palmieri, Tyler, Wiener, Wilhelm &; Waldron LLP
   Nature of Suit: Breach of Contract

7. **<u>Polaris PowerLED Technologies, LLC</u> v. Samsung Electronics America** | Sept 2023–Present
   Jurisdiction: Eastern District of Texas, Marshal Division
   Case Number: 2:22-CV-353-JRG
   Counsel: Kramer Alberti Lim & Tonkovich LLP
   Nature of Suit: Patent

8. ♦♦ **<u>Tuscany Hotel & Casino, LLC</u> v. ROI-IT, LLC** | Sept 2023–Present
   Jurisdiction: Clark County Nevada Eighth District Court
   Counsel: Expert Strategy Group | Kravitz Schnitzer Johnson & Watson

9. **3D Systems, Inc. v. <u>Ben Wynne, et al.</u>** | Sept 2023–Present
   Jurisdiction: United States District Court Southern District of California
   Case Number: 3:21-CV-01141-LAB-DEB
   Counsel: Smith, Gambrell & Russell, LLP
   Nature of Suit: Trade Secrets

10. ♦♦ **Cypress Holdings, III v. <u>Sport-BLX, Inc.</u>** | Aug 2023–Present
Jurisdiction: Southern District of NY
Case Number: 1:22-cv-01243
Counsel: Morvillo Abramowitz Grand Iason & Anello PC
Nature of Suit: Breach of Contract

11. ♦♦ **dmarcian, Inc. v. <u>DMARC Advisor BV</u>** | Aug 2023–Present
Jurisdiction: U.S. District Court for the Western District of North Carolina, Asheville
Case Number: 1:21-cv-00067-MR
Counsel: Womble Bond Dickinson (US) LLP
Nature of Suit: Copyright

12. ♦ **<u>Bang Huynh</u> v. <u>T-Mobile USA Inc.</u>** | June 2023–July 2023
Jurisdiction: Federal - California Central
Case Number: 2-22-CV-01537 - 20468
Counsel: Kersten & Associates

13. **<u>Entangled Media, LLC</u> v. <u>Dropbox, Inc.</u>** | May 2023–Present
Jurisdiction: Western District of Texas
Case Number: 1:22-cv-01324
Counsel: Skiermont Derby
Nature of Suit: Patent

14. ♦ **Nextpulse, LLC. v. <u>Brunswick Corp.</u>** | May 2023–Present
Jurisdiction: US District Court for the Northern District of Georgia
Case Number: CGC-18-571065
Counsel: Edelsberg Law, P.A.
Nature of Suit: Class Action

15. ♦ **<u>Jazmine Harris</u> v. Public Broadcasting Service** | Apr 2023–May 2023
Jurisdiction: US District Court for the Northern District of Georgia
Case Number: 1:22-cv-02456-AT
Counsel: Edelsberg Law, P.A.
Nature of Suit: Class Action

16. ♦ **<u>Jabari Seller</u> v. Bleacher Report, Inc. (Warner Media)** | Apr 2023–May 2023
Jurisdiction: US District Court for the Northern District of California
Case Number: 3:2023cv00368
Counsel: Edelsberg Law, P.A.
Nature of Suit: Class Action

17. ♦ **<u>Zachary Rohlfs</u> v. WGNTV (Nexstar Media Inc)** | Apr 2023–May 2023
Jurisdiction: US District Court for the Central District of Illinois
Case Number: 1:23-cv-01050
Counsel: Edelsberg Law, P.A.
Nature of Suit: Class Action

18. ♦ **<u>Jennifer Waller</u> v. Tampa Bay Times (Times Publishing Company)** | Apr 2023–May 2023
Jurisdiction: US District Court for the Middle District of Florida
Case Number: 8:23-cv-00119
Counsel: Edelsberg Law, P.A.
Nature of Suit: Class Action

19. ♦ **Greg Roland v. The Chive (Chive Media Group, LLC)** | Apr 2023–May 2023
Jurisdiction: US District Court for the Western District of Texas
Case Number: 1:2023cv00337
Counsel: Edelsberg Law, P.A.
Nature of Suit: Class Action

20. ♦ **Emma Mendoza v. Newsweek Digital, LLC** | Apr 2023–May 2023
Jurisdiction: US District Court for the Southern District of New York
Case Number: 1:2023cv00643
Counsel: Edelsberg Law, P.A.
Nature of Suit: Class Action

21. ♦ **Melanie Barber v. Eisenhower Medical Center, Inc.** | Apr 2023–May 2023
Jurisdiction: California Central District Court
Case Number: 5:23-cv-00250
Counsel: Edelsberg Law, P.A.
Nature of Suit: Class Action, Breach of Contract

22. ♦ **Emma Mendoza v. WP Company LLC dba The Washington Post** | Apr 2023–May 2023
Jurisdiction: U.S. District of Columbia Superior Court
Case Number: 2023CAB001101
Counsel: Edelsberg Law, P.A.
Nature of Suit: Class Action

23. ♦ **LifeScience Technologies, LLC v. Mercy Health** | Mar 2023–Present
Jurisdiction: U.S. District Court for the Eastern District of Missouri
Case Number: 4-21-cv-1279 SEP
Counsel: Stinson LLP
Nature of Suit: Breach of Contract & Trade Secret Misappropriation

24. ♦♦ **Goldfarb v. Acceleron Law Group, et al** | Feb 2023–May 2023
Jurisdiction: American Arbitration Association
Case Number: AAA 1110025228
Counsel: Century Law Group
Nature of Suit: Breach of Contract

25. ♦♦ **Bit Reactor v. Reaktor Group Oy** | Jan 2023–Mar 2023
Jurisdiction: U.S. Patent and Trademark Office
Case Number: 92079422
Counsel: Gerard Fox Law
Nature of Suit: Trademark

26. **Wildseed Mobile, LLC v. Google LLC** | Jan 2023–Present
Jurisdiction: US District Court for the Northern District of California
Case Number: 3:22-cv-04928-WHO
Counsel: Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP
Nature of Suit: Patent Infringement

27. ♦♦ **BagCam LLC v. Ristich LLC** | Jan 2023–Sep 2023
Jurisdiction: American Arbitration Association
Counsel: Ramey Litigation Group
Nature of Suit: Breach of Contract

28. **Nation Info Corporation v <u>Karl Rink</u>** | Jan 2023 –Present
Jurisdiction: American Arbitration Association
Counsel: Structure Law Group
Nature of Suit: Breach of Contract

29. ♦♦ **<u>FastTrac Transportation, LLC</u> v. Pedigree Technologies, LLC** | Jan 2023–Present
Jurisdiction: U.S. District Court for the District of North Dakota
Counsel: Shackelford, Bowen, McKinley & Norton, LLP
Nature of Suit: Breach of Contract

30. ♦ **CommScope, Inc. v. <u>Rosenberg Technology Co. Ltd</u>** | Nov 2022–Present
Jurisdiction: U.S. District Court for the District of New Jersey
Counsel: King & Wood Mallesons LLP
Nature of Suit: Trade Secrets

31. ♦ **Content Engine, LLC v. <u>Rumble USA, Inc.</u>** | Nov 2022–Present
Jurisdiction: U.S. District Court for Southern District of New York
Counsel: Burk, Williams, Sorensen LLP
Nature of Suit: Patent

32. **<u>CG3 Media, LLC</u> v. Belleau Technologies, LLC** | Sept 2022–Dec 2022
Jurisdiction: U.S. District Court for Middle District of Florida
Counsel: Radulescu LLP
Nature of Suit: Patent

33. ♦♦ **<u>HowLink Global LLC</u> v. Verizon, Corp.; ATT Corp.** | July 2022–July 2023
Jurisdiction: U.S. District Court for Eastern District of Texas
Counsel: LTL Attorneys
Nature of Suit: Patent

34. ♦♦ **<u>OpenText Corporation</u> v. Softil, Inc.** | July 2022–Mar 2023
Jurisdiction: American Arbitration Association
Counsel: Vedder Price
Nature of Suit: Breach of Contract

35. ♦♦ **ClubReady LLC v. <u>Xponential Fitness</u>** | June 2022–Nov 2023
Jurisdiction: American Arbitration Association
Counsel: Willkie Farr & Gallagher LLP
Nature of Suit: Breach of Contract

36. ♦♦ **<u>1-800 Hansons LLC</u> v. Rightpoint Consulting LLC** | May 2022–Sept 2022
Jurisdiction: American Arbitration Association
Counsel: Honigman LLP
Nature of Suit: Breach of Contract

37. **<u>Broadband iTV, Inc.</u> v. Comcast Corporation; Comcast Cable Communications, LLC; NBC Universal Media, LLC** | Apr 2022–Sept 2022
Jurisdiction: International Trade Commission
Case Number: 337-TA-1315
Counsel: Kramer Day Alberti Lim Tonkovich & Belloli
Nature of Suit: Patent

38. **Broadband iTV, Inc.** **v. Charter Communications, Inc; Charter Communications Holding Company, LLC** | Apr 2022–Sept 2022
Jurisdiction: International Trade Commission
Case Number: 337-TA-1315
Counsel: Kramer Day Alberti Lim Tonkovich & Belloli
Nature of Suit: Patent

39. **Broadband iTV, Inc.** **v. Spectrum Management Holding Company, LLC**| Apr 2022–Sept 2022
Jurisdiction: International Trade Commission
Case Number: 337-TA-1315
Counsel: Kramer Day Alberti Lim Tonkovich & Belloli
Nature of Suit: Patent

40. **Broadband iTV, Inc.** **v. Altice USA, Inc; CSC Holdings, LLC; Cablevision Systems Corp.** | Apr 2022–Sept 2022
Jurisdiction: International Trade Commission
Case Number: 337-TA-1315
Counsel: Kramer Day Alberti Lim Tonkovich & Belloli
Nature of Suit: Patent

41. **Video Labs, Inc.** **v. Dell Technologies Inc. and Dell Inc.** | Apr 2022–Jan 2023
Jurisdiction: U.S. District Court for Western District of Texas
Case Number: 6:21-cv-456-ADA
Counsel: Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP
Nature of Suit: Patent

42. **Mbyte Tech Hong Kong Limited** v. **AdShoppers, Inc. d/b/a Minty.com** | Mar 2022–Apr 2022
Jurisdiction: U.S. District Court for Western District of North Carolina
Counsel: Bayramoglu Law
Nature of Suit: Trademark

43. ♦♦ **M. Lahatte and The Lahatte Company v. S. Smith, and TopCoat Holdings, LLC** | Feb 2022–Mar 2021
Jurisdiction: American Arbitration Association
Counsel: Bishop & Mills
Nature of Suit: Trademark

44. ♦♦ **JK Soft,** **Inc. v. Innoas, Inc.** | Feb 2022–Present
Jurisdiction: U.S. District Court for the District of New Jersey
Counsel: Choi Law Group
Nature of Suit: Trade Secret and Copyright

45. ♦♦ **Ventive LLC** **v. Title Pipe, Inc.** | Nov 2021–Feb 2021
Jurisdiction: American Arbitration Association
Counsel: Mooney Wieland
Nature of Suit: Breach of Contract

46. ♦ **Chetu, Inc.** **v. Bodies Done Right, LLC d/b/a/ Health 360** | Oct 2021–Dec 2021
Jurisdiction: Circuit Court, County of Broward, State of Florida
Counsel: Lampert Law Firm
Nature of Suit: Breach of Contract

47. **Express Mobile, Inc.** **v. Google LLC** | Aug 2021–Oct 2023
Jurisdiction: U.S. District Court for the Eastern District of Texas
Counsel: Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP
Nature of Suit: Patent Infringement

48. ♦ **Infoshare Systems, Inc. v. La Telugu LLC** | Aug 2021–June 2022
Jurisdiction: Superior Court of California, County of Orange
Counsel: Curat Lex, Inc.
Nature of Suit: Breach of Contract

49. **Burhaan Saleh v. Nike, Inc. et al** | Aug 2021–Dec 2021
Jurisdiction: US District Court for the Central District of California
Counsel: Bursor and Fisher PA
Nature of Suit: Class Action

50. **Bridge IT Consulting, Inc. v. Join Digital, Inc.** | Aug 2021–Aug 2021
Jurisdiction: Superior Court of California, County of Santa Clara
Counsel: Finestone Hayes LLP
Nature of Suit: Breach of Contract

51. **Centripetal Networks, Inc. v. Palo Alto Networks, Inc.** | July 2021–Present
Jurisdiction: U.S. District Court for the Eastern District of Virginia
Counsel: Kramer Levin Naftalis & Frankel LLP
Nature of Suit: Patent

52. ♦ **SNMP Research, Inc. v. Broadcom Inc.** | Mar 2021–Oct 2022
Jurisdiction: United States District Court Tennessee Eastern District Court
Case Number: 3:2020cv00451
Counsel: Hueston Hennigan LLP
Nature of Suit: Trade Secrets and Copyright

53. **Trevera Solutions, Inc. v. Semtech Corporation** | Feb 2016–July 2016
Jurisdiction: Superior Court of California, County of Orange
Counsel: Tredway, Lumsdaine & Doyle, LLP
Nature of Suit: Trade Secret

54. **Global Equity Management (SA) PTY. Ltd v. alibaba.com, Inc., Alibaba group holding Ltd** | Jan 2016–July 2016
Jurisdiction: U.S. District Court for the Eastern District of Texas
Counsel: Ramey & Schwaller, LLP
Nature of Suit: Patent

55. **Internap Corporation v. Noction, Inc.** | Dec 2015–Mar 2016
Jurisdiction: U.S. District Court for the Northern District of Georgia
Counsel: Warner Norcross & Judd LLP
Nature of Suit: Patent

56. **Ericsson Inc. v. TCL Communication Technology Holdings, Ltd** | Dec 2015–July 2016
Jurisdiction: U.S. District Court for the Central District of California
Counsel: Sheppard Mullin Richter & Hampton LLP
Nature of Suit: Patent

57. **Fitbit Inc. v. Jawbone Inc.** | Oct 2015–July 2016
Jurisdiction: U.S. District Court for the Northern District of California
Counsel: Gibson, Dunn & Crutcher LLP
Nature of Suit: Patent

58. **T-Mobile USA, Inc. v. Huawei DeviceUSA, Inc.** | Oct 2015–July 2016
Jurisdiction: U.S. District Court for the Western District of Washington
Counsel: Hueston Hennigan LLP
Nature of Suit: Trade Secrets

59. **Tait Environmental Services Inc. v. Pro TechnologyAutomation, Inc.** | Oct 2015–Mar 2016
    Jurisdiction: Superior Court of California, County of Orange
    Counsel: Pettibone & Associates
    Nature of Suit: Trade Secrets

60. **Nicole, Inc. v. B.L.K. International, Inc.** | Sept 2015–Oct 2015
    Jurisdiction: U.S. District Court for the Central District of California
    Counsel: Greenberg & Bass LLP
    Nature of Suit: Copyright

61. **Bryndon Fisher v. The United States of America** | July 2015–July 2016
    Jurisdiction: Pre-Litigation
    Counsel: Schubert Jonckheer & Kolbe LLP
    Nature of Suit: Class Action

62. **Chipp'd Ltd v. Crush & Lovely LLC** | July 2015–Aug 2015
    Jurisdiction: American Arbitration Association
    Counsel: White and Williams LLP
    Nature of Suit: Breach of Contract

63. **Seymore Levine v. The Boeing Company** | July 2015–July 2016
    Jurisdiction: U.S. District Court for the Central District of California
    Counsel: Quinn Emanuel Urquhart & Sullivan LLP
    Nature of Suit: Patent

## Tech Due Diligence Consulting

- **213 Management-Sandbox Industries** | Startup M&A | July 2023
  Technology: AI/ML, Insurance, Health

- **SitusAMC** | Startup M&A | July 2023
  Technology: AI/ML, Real Estate, SaaS

- **Safe Life Defense** | Internal Tech Audit | June 2023
  Technology: e-Commerce, SaaS

- **Genpact** | M&A | May 2023
  Technology: AI/ML, Predictive Analysis

- **EnoviQ Technology** | Technical Vetting | Oct 2022
  Technology: SaaS, AI/ML, Insurance

- **Foundation Partners Group** | Startup M&A | Oct 2022
  Technology: SaaS, B2B/B2C, Funeral Services

- **The Computing Technology Industry Association** | Startup M&A | July 2022–Sept 2022
  Technology: SaaS, B2B/B2C, E-Learning Platform

- **Hello Hive** | Technical Vetting | July 2022–Sept 2022
  Technology: SaaS, CRM

- **Parkland Health/Parkland Center for Clinical Innovation** | Startup M&A | May 2022–Sept 2022
  Technology: AI/ML/NLP, EHR

- **Lionard PTE, Ltd** | Startup M&A | Mar 2022
  Technology: Blockchain, Dynamic Document Management Systems

- **Tenex Capital Management** | Startup M&A | Mar 2022
Technology: B2B/B2C, Digital Health

- **Schneider Electric** | Startup Investment | Dec 2021
Technology: Electric Vehicles, SaaS

- **Setana Energy Ltd** | Startup Investment | Nov 2021
Technology: Big Data Analytics, AI/ML, FMCG

- **Saudi Research and Media Group (SRMG)** | Startup Investment | Nov 2021
Technology: AI/ML, NLP, E-Commerce, and Media Content Management

- **Schneider Electric** | Startup Investment | Oct 2021
Technology: Renewable Energy, SaaS

- **Tenex Capital Management** | Startup M&A | Sept 2022
Technology: Lead Generation, AI/ML, Insurance, Real Estate

## IP Valuation and Patent Portfolio Analysis

- **E^NAT IP** | Patent Valuation | Apr 2023–Oct 2023
Technology: Virtual Private Network, CDN, M2M, Edge/Fog Computing, Enterprise Solutions

- **Goldfarb. LLC.** | Patent Valuation | Feb 2023–Feb 2023
Technology: Blockchain Authentication

## Invited Talks

- **Event-Based Directed Testing** | Howard Hughes Lab, Malibu | 2013

- **Directed Testing: From FPGAs to Supercomputers** | Intel Corp. | Seattle, WA | 2012

- **Model-Based Testing: State of Art** | Ericsson AB | Helsinki, Finland | 2008

## Journals & Magazines

- M. Eslamimehr, M. Lesani, G. Edwards | 2018
***Efficient detection, and validation of atomicity violations in concurrent programs***
Journal of Systems and Software, Vol.137, P 618-635

## Conference Papers

- O. Freiberg, J. Palsberg, M. Eslamimehr | 2016
***Retargetable Communication for Distributed Programs***
In Proceedings of 12th International ACM SIGSOFT Conference on the Quality of Software Architectures (QoSA'16)

- M. Eslamimehr, G. Edwards | 2015
***End-to-End Cross-Language Test Case Generation for Web Applications***
In Proceedings of the 9th ACM SIGMETRICS International Conference on Performance Evaluation Methodologies and Tools (ValueTools'15)

- M. Eslamimehr, M. Lesani | 2015 | Best Paper Award
  **AtomChase: Directed Search Towards Atomicity Violations**
  In Proceedings of the 26th IEEE International Symposium on Software Reliability Engineering (ISSRE'15)

- H. Samimi, A. Warth, M. Eslamimehr, A. Borning | 2015
  **Constraints as a Design Pattern: from Sketchpad61 to Sketchpad14**
  In Proceedings of ACM SIGPLAN International Symposium on New Ideas, New Paradigms, and Reflections on Programming & Software (Onward!'15)

- M. Eslamimehr, J. Palsberg | 2014
  **Sherlock: Scalable Deadlock Detection for Concurrent Programs**
  In Proceedings of the 22nd ACM SIGSOFT International Symposium on the Foundations of Software Engineering (FSE'14)

- M. Eslamimehr, J. Palsberg | 2014
  **Race Directed Scheduling of Concurrent Programs**
  In Proceedings of the ACM SIGPLAN Annual Symposium on Principles and Practice of Parallel Programming (PPOPP'14)

- M. Eslamimehr, J. Palsberg | 2013
  **Testing versus static analysis of maximum stack size**
  In Proceedings of the 37th IEEE International Conference on Computers, Software & Applications (COMPSAC'13)

## Workshop Papers & Other Publications

- A. Warth, T. Garnock-Jones, M. Eslamimehr | 2018
  **Recognizing and Generating Terms using Derivatives of Parsing Expression Grammars**
  In Proceedings of Arxiv.org, CoRR abs/1801.10490

- Mahdi Eslamimehr, Hesam Samimi | 2015
  **Timing Analysis of Event-Driven Programs with Directed Testing**
  In Proceedings of WCET'15, 15th International Workshop on Worst-Case Execution Time Analysis, a satellite workshop of the 27th Euromicro Conference on Real-Time Systems

## Posters & Demonstrations

- **Directed Scheduling of Concurrent Programs**
  UCLA Tech Forum | Jan 2014

- **Enhancing Components Configuration Language on SPARTA**
  Samsung US R&D | San Jose | 2010

- **Scalable Topology Language for Many-Core Processors**
  Samsung US R&D | San Jose | 2010

## Patent Applications

- Patent Case No. UC-2014-323-1-LA. Serial No. 61/904,977
  **Race Directed Scheduling of Concurrent Programs**
  Mahdi Eslamimehr, Jens Palsberg | Filed November 15, 2013

## Memberships

- **World Economic Forum** | Emerging Technology Professional | May 2023–Present
- **California Arbitration** | Founding Member | Nov 2022–Present
- **Harvard Business Review** | Advisory Council Member | July 2022–Present
- **Harvard Business Review** (Los Angeles Chapter) | Aug 2022–Present
- **Advisory Board for the Transformative Leadership in Disruptive Times University of California, Riverside** | Member | Sept 2021–Present
- **Los Angeles County Bar Association** (LACBA) | Aug 2021–Present

## Honors & Awards

- **Open Science Data Cloud PIRE National Science Foundation Scholarship** | 2013
- **UCLA Graduate Division Fellowship** | 2009-2011

## Teaching

- **Lecturer** | Fall 2014
  Software Engineering, Cal Poly Pomona
- **Lecturer** | Spring 2014, Winter 2014, Fall 2013
  Object-Oriented Design Pattern, Cal Poly Pomona
- **Lecturer** | Spring 2014, Winter 2014, Fall 2013
  Industrial Computation, Cal Poly Pomona
- **Teaching Assistant** | Winter 2013
  Java Applications, UCLA Math Department
- **Teaching Assistant** | Fall 2012, Fall 2011
  Compiler Construction, UCLA Computer Science Department
- **Teaching Assistant** | Winter 2010
  Introduction to Computer Science, UCLA Computer Science Department
- **Teaching Assistant** | Fall 2007
  Software Engineering, Linkoping Computer Science Department
- **Teaching Assistant** | Fall 2007
  Data Structure and Algorithm, Linkoping Computer Science Department
- **Teaching Assistant** | Fall 2007
  Human-Computer Interaction, Linkoping Computer Science Department

## Research Community Service

- Reviewer | 2023
  **Advances in Science, Technology and Engineering Systems Journal**

· Reviewer | 2015
**Software: Practice and Experience (SPE)**

· Reviewer | 2015
**IEEE Transactions on Software Engineering (TSE)**

· Reviewer | India | 2015
**5th International Conference on Computer and Communication Technology (ICCCT)**

· AEC Program Committee Member | 2015
**42nd ACM SIGPLAN-SIGACT Symposium on Principles of Programming Languages (POPL)**

· AEC Program Committee Member | 2015
**20th ACM SIGPLAN Symposium on Principles and Practice of Parallel Programming (PPOPP)**

· AEC Program Committee Member | 2015
**ACM SIGPLAN Symposium on Code Generation and Optimization (CGO)**

· AEC Program Committee Member | 2015
**36th ACM SIGPLAN Conference on Programming Language Design and Implementation (PLDI)**

· AEC Program Committee Member | 2014
**28th European Conference on Object-Oriented Programming (ECOOP)**

· AEC Program Committee Member | 2014
**ACM SIGPLAN Conference on Object-Oriented Programming, Systems, Language and Applications (OOPSLA)**